ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO

| | |
|---|---|
| LUIS A. GONZÁLEZ LÓPEZ Y IVELISSE VARGAS, POR SÍ Y COMO MIEMBROS DE LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS Y EN REPRESENTACIÓN DE SU HIJO MENOR RYAN GONZÁLEZ VARGAS | CIVIL NÚM: 2013  0187 |
| Demandantes | |
| Vs. | SOBRE: |
| WILLIE N. MALAVE BONILLA Y SU ESPOSA FULANA DE TAL, POR SI Y COMO MIEMBROS DE LA SOCIEDAD DE GANANCIALES COMPUESTA POR AMBOS; DR. JOSÉ J. LÓPEZ LÓPEZ, POR SI Y SUTANA DE TAL, POR SI Y COMO MIEMBROS DE LA SOCIEDAD DE GANANCIALES COMPUESTA POR AMBOS; CAMILA JUSINO DEL POZO Y SU ESPOSO FULANO DE TAL, POR SI Y COMO MIEMBROS DE LA SOCIEDAD DE GANANCIALES COMPUESTA POR AMBOS; DRA. CRISTINA JÍMENEZ GONZÁLEZ Y SU ESPOSO SUTANO DE TAL ASI DENOMINADO POR DESCONOCER SU VERDADERO NOMBRE, POR SI Y COMO MIEMBROS DE LA SOCIEDAD DE GANANCIALES COMPUESTA POR AMBOS; HOSPITAL CAYETANO COLL Y TOSTE; COMPAÑÍA ASEGURADORA X, Y, Z | DAÑOS Y PERJUICIOS |
| Demandados | |

**EMPLAZAMIENTO**

ESTADOS UNIDOS DE AMERICA)
El Presidente de los Estados Unidos )      SS.
El Pueblo de Puerto Rico               )

**A:      CAMILA JUSINO DEL POZO**

POR LA PRESENTE  se le emplaza para que presente al Tribunal su alegación responsiva a la demanda dentro de los treinta  (30) días de haber sido diligenciado este Emplazamiento, excluyendo el día del diligenciamiento, notificando copia de la misma al abogado de la parte demandante o a ésta, de no tener representación legal.  Si usted deja de presentar su alegación responsiva dentro del referido término, el Tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente.

Caso núm. _____

## DILIGENCIAMIENTO DEL EMPLAZAMIENTO

Yo, _Éddie López_____, declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certificó que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fúe realizado por mi, el __4__ de _Septiembre_ de 2013, de la siguient forma:

☒ Mediante entrega personal a la parte demandada en la siguiente dirección física:

_Hospital de Lares_____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física:

_____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física:

_____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que:

_____

_____

### COSTOS DEL DILIGENCIAMIENTO

$ _____

### DECLARACIÓN DEL (DE LA ) EMPLAZADOR(A)

Declaro bajo pena, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en _Lares_____, Puerto Rico, hoy día __4__ de _Septiembre_ de 2013.

_____

(firma del (de la) emplazador(a)

AFFIDÁVIT NÚMERO: _____

Jurado(a) y suscrito(a) ante mí, por _____,
de las circunstancias personales anteriormente mencionadas, a quien doy fe de

_____
(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____, Puerto Rico, hoy día _____, de _____ de 2013.

_____

NOTARIO PÚBLICO

_____

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE ARECIBO

| | |
|---|---|
| LUIS A. GONZÁLEZ LÓPEZ Y IVELISSE VARGAS, POR SÍ Y COMO MIEMBROS DE LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS Y EN REPRESENTACIÓN DE SU HIJO MENOR RYAN GONZÁLEZ VARGAS | CIVIL GMDP 2013 0187  302 |
| Demandantes | |
| Vs. | SOBRE: |
| WILLIE N. MALAVE BONILLA Y SU ESPOSA FULANA DE TAL, POR SI Y COMO MIEMBROS DE LA SOCIEDAD DE GANANCIALES COMPUESTA POR AMBOS; DR. JOSÉ J. LÓPEZ LÓPEZ, POR SI Y SUTANA DE TAL, POR SI Y COMO MIEMBROS DE LA SOCIEDAD DE GANANCIALES COMPUESTA POR AMBOS; CAMILA JUSINO DEL POZO Y SU ESPOSO FULANO DE TAL, POR SI Y COMO MIEMBROS DE LA SOCIEDAD DE GANANCIALES COMPUESTA POR AMBOS; DRA. CRISTINA JÍMENEZ GONZÁLEZ Y SU ESPOSO SUTANO DE TAL ASI DENOMINADO POR DESCONOCER SU VERDADERO NOMBRE, POR SI Y COMO MIEMBROS DE LA SOCIEDAD DE GANANCIALES COMPUESTA POR AMBOS; HOSPITAL CAYETANO COLL Y TOSTE; COMPAÑÍA ASEGURADORA X, Y, Z | DAÑOS Y PERJUICIOS |
| Demandados | |

## DEMANDA

AL HONORABLE TRIBUNAL:

Comparece la parte demandante por conducto del abogado que suscribe y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

2

1.      Que los demandantes Luis A. González López e Ivelisse Vargas, son mayores de edad, casados entre sí, vecinos del Box 87255, San Sebastián, P.R. y son los padres con patria potestad y custodia del menor Ryan González Vargas.

2.      Que el Hospital Cayetano Coll y Toste, es un hospital ubicado en la ciudad de Arecibo, P.R., que presta servicios médicos y hospitalarios a los pacientes.

3.      Que la Dra. Camila Jusino Del Pozo, mayor de edad, doctora en pediatría, casada con fulano de tal, así denominado por desconocer su verdadero nombre y vecina de Lares, P.R.

4.      Que el co-demandado Dr. Willie Malavé Bonilla, es mayor de edad, pediatra, casado con fulana de tal, así denominada por desconocer su verdadero nombre y vecino de Lares, P.R.

5.      Que la Dra. Cristina Jiménez González, es mayor de edad, casada con Sutano de Tal, así denominado por desconocer su verdadero nombre, pediatra y vecina de Lares, P.R.

6.      Que con fecha del 19 de julio de 2006, la Sra. Ivelisse Vargas, dio a luz su primer hijo de nombre Ryan González Vargas.

7.      Que el menor Ryan González Vargas, fue atendido en el Hospital Cayetano Coll y Toste en el "nursery" por los pediatras del hospital.

8.      Que posteriormente, el menor era atendido, por la Dra. Camila Jusino, quien lo evaluó por cierto tiempo.

9.      Que el Dr. José López, el Dr. Willie Malavé y la Dra. Cristina Jiménez, también atendieron al menor.

10.     Que los demandantes, posteriormente llevaron a su menor a otra doctora, en el pueblo de San Sebastián a los seis (6) años de edad y ésta es la única que se percata que los testículos del menor no le habían descendido y lo refieren a un Urólogo Pediátrico.

3

11.     Que el Urólogo Pediátrico, Dr. Báez, trabaja en el Hospital San Jorge y tuvo que operar de emergencia al menor el 17 de septiembre de 2012.

12.     Que debido a todo el tiempo que los testículos estuvieron en el abdomen del menor y al no haberse percatado de esto todos los doctores demandados, los testículos absorbieron mucho calor, teniendo esto como consecuencia que el niño puede quedar estéril.

13.     Que al menor en esa operación hubo que extirparle uno de sus testículos y el otro se lo descendieron, pero no existe garantía ninguna de que el menor pueda procrear en un futuro.

14.     Que además de esto, existe una gran posibilidad de que los testículos y/o el menor pueda padecer de cáncer.

15.     Que una vez el Urólogo le notifica esto a los padres del menor, el Sr. Luis González López y la Sra. Ivelisse Vargas, éstos han sentido temor, daños, angustias, sufrimientos. Primero al tener que someter a una operación a los seis (6) años a su hijo menor con todos los riesgos que conlleva la misma y posteriormente por las posibles consecuencias nefastas de no poder procrear y/o de que padezca de la terrible enfermedad de cáncer.

16.     Que los daños alegados en la presente demanda, se deben única y exclusivamente a la negligencia de todos los demandados al haber atendido al menor y no percatarse de que los testículos no le habían descendido. Al no hacer una evaluación correcta y completa del paciente.

17.     Que los daños, angustias y sufrimiento de los demandantes se calculan en una suma no menor de $500,000.00 a cada uno.

18.     Que estos daños, angustias y sufrimiento seguirán y serán continuos por los años hasta que el menor llegue a la adultez y se pueda corroborar si quedó estéril o no.

POR TODO LO CUAL: Se solicita del Honorable Tribunal, declare ha lugar la presente demanda y en su consecuencia condene solidariamente a todos

4

demandados al pago de la suma anteriormente reclamada y los condene al pago de

costas, gastos y una suma no menor de $5,000.00 por concepto de honorarios de

abogado.

En Arecibo, P.R. _13_ de agosto de 2013.

Respetuosamente,

MARTINEZ UMPIERRE-MARTINEZ GARCIA
APARTADO 376
ARECIBO, P.R.   00613-0376
TEL. 878-5551   FAX   878-5630

POR:

JOAQUÍN MARTÍNEZ GARCÍA
RUA NÚM: 9673